lant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

J. & F. B. Garrett Company, Respondent, v. Frank Leopardi, Appellant, — Judgment affirmed, with costs. All concurred.

Charles H. Davies, Respondent, v. Corning and Painted Post Street Railway, Appellant.— Judgment and order affirmed, with costs. All concurred. ·

Charles H. Davies, Respondent, v. Corning and Painted Post Street Railway, Appellant.— Order denying motion for appointment of referee .affirmed, with ten dollars costs and disbursements. All concurred.

Jacob F. Beck, Respondent, v. John A. Cramer, Appellant.— Judgment and order affirmed, with costs. All concurred.

Edward Bowman, Respondent, v. James C. Stewart and Another. Appellants.— Judgment and order affirmed, with costs. All concurred.

John F. Moffett, Respondent, v. Orren G. Staples, Appellant.— Judgment and order affirmed, with costs. All concurred.

John J. Kane, Respondent, v. Rochester Securities Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Kate Rumsey, Appellant, v. Darris Sullivan and Others, Respondents.— Motion for reargument granted, to be heard upon additional briefs, which may be submitted within ten days.

In the Matter of Awarding Letters of Administration upon the Estate of Walenty Sendrowicz, Deceased.— Appeal dismissed, without costs upon stipulation filed.

---

## FIRST DEPARTMENT, OCTOBER, 1914.

HERMAN BRILL, Respondent, v. LOUIS ABRAMOWITZ, Appellant.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 9th day of June, 1914, appointing a receiver.

PER CURIAM: The order appointing a receiver should be reversed and the motion denied, without costs, upon the defendant giving a bond in the sum of $10,000 to pay any amount that the court by final judgment may award against him. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order reversed and motion denied, without costs, upon terms stated in opinion. Order to be settled on notice.

---

WILLIAM J. KINDGEN, as Receiver, etc., Respondent, v. LETITIA M. CRAIG and NANCY W. CARRICK, Appellants, Impleaded with Another

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 8th day of July, 1914, denying a motion to open default in service of answer.

PER CURIAM: The order appealed from will be reversed and the motion for leave to open default and serve answer granted, upon defendant pay-